COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| TRAVIS ANTHONY KELLEY, | | No. 08-11-00045-CR |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 396th District Court |
| | § | |
| THE STATE OF TEXAS, | | of Tarrant County, Texas |
| | § | |
| Appellee. | § | (TC # 1156916D) |

**O P I N I O N**

Travis Anthony Kelley appeals his conviction of injury to an elderly person. Appellant waived his right to a jury trial and entered an open plea of guilty to the trial court. The court found Appellant guilty and assessed his punishment at imprisonment for a term of twenty-five years. We affirm.

Appellant's court-appointed counsel has filed a brief in which he has concluded that the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493, *reh. denied*, 388 U.S. 924, 87 S.Ct. 2094, 18 L.Ed.2d 1377 (1967), by presenting a professional evaluation of the record demonstrating why, in effect, there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex.Crim.App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex.Crim.App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex.Crim.App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex.Crim.App. 1969). Counsel delivered a copy of his brief to Appellant and advised Appellant of his right to examine the appellate record and file a pro se brief. No pro se brief has been filed.

The Court has carefully reviewed the record and counsel's brief in its entirety, and agrees

that the appeal is wholly frivolous and without merit.  Further, we find nothing in the record that might arguably warrant an appeal.  The judgment of the trial court is affirmed.


May 23, 2012                        _____
                                   ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.

(Do Not Publish)